UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kentrell Venable                  Docket No. 5:11-CR-276-1BO

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kentrell Venable, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 9, 2012, to the custody of the Bureau of Prisons for a term of 52 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kentrell Venable was released from custody on July 24, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant provided a urine screen on August 23, 2016, which tested positive for the use of cocaine. To address this behavior, and in an effort to deter future drug use, we are recommending that Venable be exposed to appropriate substance abuse treatment and participate in our district's Surprise Urinalysis Program to monitor future drug abstinence. The defendant has been warned that an arrest warrant could be requested from the court subsequent to any future urinalysis tests returning positive for illegal drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller                  /s/Linwood E. King
Jeffrey L. Keller                  Linwood E. King
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                  310 New Bern Avenue, Room 610
                                                  Raleigh, NC 27601-1441
                                                  Phone: 919-861-8682
                                                  Executed On: September 14, 2016

Kentrell Venable
Docket No. 5:11-CR-276-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __15__ day of __September__, 2016, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge